**Dismiss and Opinion Filed December 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00611-CV

**AUBURN COUNTY, Appellant**
**V.**
**ROCHELLE NASH, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01785-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

By order dated October 25, 2022, we ordered appellant to provide written verification appellant had paid for the clerk's record in this case. We cautioned appellant that failure to do so might result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed, and appellant has not provided the Court with verification it has paid for the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b) (c).

220611f.p05

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

AUBURN COUNTY, Appellant

No. 05-22-00611-CV          V.

ROCHELLE NASH, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-16-01785-A.

Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ROCHELLE NASH recover her costs of this appeal from appellant AUBURN COUNTY.

Judgment entered this 12th day of December, 2022.